# CASE ANNOUNCEMENTS

*April 30, 2010*

[Cite as *04/30/2010 Case Announcements*, 2010-Ohio-1897.]

## DISCIPLINARY CASES

**2003–1865 and 2006–1261.   Disciplinary Counsel v. Young.**
This cause came on for further consideration upon the filing by respondent, James Cornell Young, of a petition for reinstatement. On April 23, 2010, counsel for respondent, Michael E. Murman, filed a motion for leave to withdraw as counsel.

It is ordered by this court that the motion is granted.

PFEIFER, Acting C.J.

## MISCELLANEOUS DISMISSALS

**2010–0129.   Am. Internatl. Recovery v. Allstate Ins. Co.**
Portage App. No. 2009–P–0008, 2009-Ohio-6508. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

PFEIFER, Acting C.J.